**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02928-PAB-KMT    **THE HONORABLE PHILLIP A. BRIMMER**

**RATIO CHRISTI AT THE UNIVERSITY OF COLORADO, COLORADO SPRINGS**, *et al.*,

    *Plaintiffs*,

v.

**SUE SHARKEY**, *et al.*

    *Defendants.*

---

**NOTICE OF VOLUNTARY DISMISSAL**

---

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice all claims brought in their Verified Complaint in the above-captioned case.

Respectfully submitted this 30th day of May, 2019.

*/s/ Travis C. Barham*
--- 
DAVID A. CORTMAN
Georgia Bar No. 188810
TRAVIS C. BARHAM
Arizona Bar No. 024867
Georgia Bar No. 753251
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Rd. NE,
Suite D-1100
Lawrenceville, Georgia 30043
Telephone:  (770) 339–0774
Facsimile:  (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

BARRY ARRINGTON
Colorado Bar No. 16486
**ARRINGTON LAW FIRM**
3801 East Florida Avenue, Ste. 830
Denver, Colorado 80210
Telephone:  (303) 205–7870
Facsimile:  (303) 463–0410
barry@arringtonpc.com

TYSON C. LANGHOFER
Arizona Bar No. 032589
**ALLIANCE DEFENDING FREEDOM**
440 1st Street, NW, Ste. 600
Washington, D.C. 20001
Telephone:  (202) 393–8690
Facsimile:  (202) 347–3622
tlanghofer@ADFlegal.org
bmeadows@ADFlegal.org

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2019, I electronically filed a true and accurate copy of the foregoing document and accompanying proposed order with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>JAMES M. LYONS
>ERIC N KNIFFIN
>CAITLIN C. MCHUGH
>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
>1200 17th Street, Suite 3000
>Denver, Colorado 80202
>Telephone: (303) 623–9000
>jlyons@lrrc.com
>ekniffin@lrrc.com
>cmchugh@lrrc.com

*Attorneys for Defendants*

Respectfully submitted on this the 30th day of May, 2019.

*/s/ Travis C. Barham*
TRAVIS C. BARHAM
*Attorney for Plaintiffs*